IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01815-WYD-KLM

RONNIE WILLIAMS,

       Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

       Defendant.

---

**STIPULATED ORDER PURSUANT TO FED.R.EVID. 502(d)**

---

       The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

       Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

APPROVED:

s/ David M. Larson                                     s/ Jamie N. Cotter

| | |
|---|---|
| David M. Larson, Esq. | Jamie N. Cotter, Esq. |
| 88 Inverness Circle East, Suite E-102 | Spencer Fane LLP |
| Englewood, Colorado 80112 | 1700 Lincoln Street, Suite 2000 |
| Telephone: (303) 799-6895 | Denver, CO 80203 |
| Attorney for the Plaintiff | Telephone: (303) 839-3826 |
| | Attorneys for the Defendant |

**SO ORDERED**

DATED this **3rd** day of ~~October~~ *November*, 2015.

BY THE COURT:

*/s/ Kristen L. Mix*

Hon. Kristen L. Mix
United States Magistrate Judge

2